UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VALERIE HARDY-MAHONEY, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>NEVADA GOLD MINES LLC DBA NEVADA GOLD MINES,<br><br>Respondent,<br><br>and<br><br>NEWMONT USA LIMITED DBA NEWMONT MINING CORP<br><br>Party-In-Interest. | Case No. 3:20-cv-00331-LRH-WGC<br><br>ORDER |

On Friday, June 12, 2020, at 4:17 p.m., Respondent, Nevada Gold Mines LLC DBA Nevada Gold Mines ("NGM") filed a motion for extension of time to submit its opposition to Petitioner's motion for preliminary injunction (ECF No. 1). ECF No. 9. Also on Friday, at 6:22p.m., NGM filed an *ex parte* motion for an order shortening time for Petitioner to respond to NGM's motion for extension of time (ECF No. 9). ECF No. 10. Because NGM's response to Petitioner's motion for preliminary injunction is currently due June 18, 2020, the court **GRANTS in part** NGM'S motion to shorten time (ECF No. 10). The court **ORDERS** Petitioner to submit

its Response to NGM's motion for extension of time (ECF No. 9) no later than Wednesday, June 17, 2020. The court **STAYS** the June 18, 2020 response deadline, pending further order of the court.

IT IS SO ORDERED.

DATED this 15th day of June, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE