1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

18
19

20  VALERIE HARDY-MAHONEY, Regional Director
21  of the Thirty-Second Region of the National Labor
    Relations Board, for and on behalf of the National
22  Labor Relations Board

            Petitioner

    v.

    NEVADA GOLD MINES LLC DBA
    NEVADA GOLD MINES

            Respondent

Case No.: 3:20-cv-00331-LRH-WGC

**AMENDED STIPULATION EXTENDING TIME FOR PARTY-IN-INTEREST NEWMONT USA LIMITED DBA NEWMONT MINING CORP. TO RESPOND TO PETITION FOR INJUNCTIVE RELIEF UNDER 29 U.S.C. §160(J)**

**AND ORDER THEREON**

1

and

NEWMONT USA LIMITED DBA
NEWMONT MINING CORP

Party-In-Interest

**AMENDED STIPULATION EXTENDING TIME FOR PARTY-IN-INTEREST NEWMONT USA LIMITED DBA NEWMONT MINING CORP. TO RESPOND TO PETITION FOR INJUNCTIVE RELIEF UNDER 29 U.S.C. §160(J)**

Party-in-interest NEWMONT USA LIMITED DBA NEWMONT MINING CORP. ("Newmont"), Petitioner, VALERIE HARDY-MAHONEY ("Petitioner") and Respondent NEVADA GOLD MINES LLC DBA NEVADA GOLD MINES ("NGM"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, Petitioner filed the Petition in this action on June 4, 2020 (Dkt. No. 1); and, WHEREAS, by Order dated June 18, 2020 (Dkt. No. 13), the Court granted NGM an extension until Friday, June 26, 2020, to file its opposition;

IT IS HEREBY STIPULATED, by and between the parties that any responsive filing by party-in-interest Newmont similarly submitted on or before Friday, June 26, 2020, will not be considered untimely; and, any reply papers submitted on or before Monday, July 6, 2020 will not be considered untimely (given that Friday, July 3, 2020 is a federal court holiday).

DATED: June 18, 2020

PERKINS COIE LLP
By: s/Andrea J. Driggs
Andrea J. Driggs
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
adriggs@perkinscoie.com

*Attorneys for Party-in-Interest*
*Newmont USA Limited dba Newmont Mining Corp.*

By: s/D. Criss Parker
Coreen Kopper, Esq.
D. Criss Parker, Esq.
National Labor Relations Board, Region 32
1301 Clay Street, Suite 300N
Oakland, CA 94612-5224
coreen.kopper@nlrb.gov
d.parker@nlrb.gov

*Attorneys for Petitioner*

By: s/Anthony Hall
Anthony Hall, Esq.
Simons, Hall & Johnston PC
6490 S. McCarran Blvd, Suite F-46
Reno, NV 89509
ahall@shjnevada.com

*Attorneys for Respondent Nevada Gold Mines*

IT IS SO ORDERED.

DATED this 19th day of June, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3