**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIE HARDY-MAHONEY, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board<br><br>Petitioner<br>v.<br><br>NEVADA GOLD MINES LLC DBA NEVADA GOLD MINES<br><br>Respondent<br>and<br><br>NEWMONT USA LIMITED DBA NEWMONT MINING CORP<br><br>Party-In-Interest | Case Number
3:20-cv-00331-LRH-WGC<br><br><br>ORDER GRANTING PETITIONER'S MOTION TO EXCEED PAGE LIMIT |

Page 1

This Court having considered Petitioner Valerie Hardy-Mahoney, Regional Director of Region 32 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board's ("Petitioner") Motion to Exceed Page Limit and accompanying Declaration of Donal Criss Parker, and good cause appearing therefor, hereby orders that Petitioner's Motion to Exceed Page Limit is granted.  Petitioner's Reply Memorandum in Support of its Petition for Injunction Under Section 10(j) of the National Labor Relations Act shall not exceed twenty (20) pages.

**IT IS SO ORDERED** this 1st day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE