UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VALERIE HARDY-MAHONEY, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>NEVADA GOLD MINES LLC DBA NEVADA GOLD MINES,<br><br>Respondent,<br><br>NEWMONT USA LIMITED DBA NEWMONT MINING COPR,<br><br>Party-In-Interest. | Case No. 3:20-cv-00331-LRH-WGC<br><br>ORDER |

Before the court is a motion for leave to file an Amicus Curiae Brief by International Union Operating Engineers Local 3 ("the Union"). ECF No. 43. Valerie Hardy-Mahoney, Nevada Gold Mines LLC DBA Nevada Gold Mines, and Newmont USA Limited DBA Newmont Mining Corp., have until **Wednesday, July 15, 2020**, to file an opposition to the Union's motion, should any party choose to do so.

IT IS FURTHER ORDERED that the court will hear oral argument on Petitioner's motion for a preliminary injunction (ECF No. 1) on **Tuesday, July 21, 2020, at 10 a.m.** via ZOOM video conferencing. Courtroom Deputy Katie Ogden will provide the parties with instructions.

IT IS SO ORDERED.

DATED this 8th day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1