# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE HARDY-MAHONEY, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board<br><br>Petitioner<br><br>v.<br><br>NEVADA GOLD MINES LLC DBA NEVADA GOLD MINES<br><br>Respondent<br><br>and<br><br>NEWMONT USA LIMITED DBA NEWMONT MINING CORP<br><br>Party-In-Interest | Case Number 3:20-cv-00331-LRH-WGC<br><br><br>Hearing Date: July 21, 2020<br>Hearing Time: 10:00am<br><br>FIRST STIPULATION AND ORDER CONTINUING CASE UNDER SECTION 10(j) OF THE NATIONAL LABOR RELATIONS ACT, AS AMENDED [29 U.S.C. SECTION 160(j)] |

IT IS HEREBY STIPULATED AND AGREED by and between Petitioner, Valerie Hardy-Mahoney, Regional Director of Region 32 of the National Labor Relations Board (the Board), Respondent, Nevada Gold Mines LLC dba Nevada Gold Mines, and Party-in-Interest, Newmont USA Limited dba Newmont Mining Corporation, by their respective attorneys, and subject to the approval of the Court, that:

1. Following notice that Respondent recently obtained new counsel, the parties have entered into active settlement discussions in the interest of settling both the instant Petition for injunctive relief and the underlying administrative Board proceedings in Cases 32-CA-254059 and 32-CA-2256917. Thus, the parties agree to continue the hearing in this matter, currently scheduled for July 21, 2020 at 10:00am, for a period of at least 10 days, subject to the Court's availability. This is the first stipulation continuing the case in this matter.

SO STIPULATED AND AGREED TO BY:

July 17, 2020 /s/ Coreen Kopper
Date Counsel for Petitioner


July 17, 2020 /s/ Raymond M. Deeny
Date Counsel for Respondent
Raymond M. Deeny
*Pro Hac Vice Admission Pending*


July 17, 2020 /s/ Samuel Jackson
Date Counsel for Party-In-Interest

SEE NEXT PAGE FOR ORDER

Page 1

The parties' Stipulation and Order to Continue Case Under Section 160(j) of the Act is hereby granted.

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: this 20th day of July, 2020.