UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE HARDY-MAHONEY, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board<br><br>Petitioner<br><br>v.<br><br>NEVADA GOLD MINES LLC DBA NEVADA GOLD MINES<br><br>Respondent<br><br>and<br><br>NEWMONT USA LIMITED DBA NEWMONT MINING CORP<br><br>Party-In-Interest | Case No. 3:20-cv-00331-LRH-WGC<br><br>NOTICE OF SUBSTITUTION OF COUNSEL<br><br>**AND ORDER THEREON** |

Respondent Nevada Gold Mines LLC dba Nevada Gold Mines hereby substitutes Raymond M. Deeny and Patrick J. Scully of the law firm of Sherman & Howard L.L.C., 633 17th Street, Denver, Colorado 80202, telephone 303-297-2900, as attorney of record in place and stead of: Anthony L. Hall and Jeremy B. Clarke of Simons Hall Johnston PC.

DATED: July 17, 2020.

_____
Hiliary Wilson, General Counsel for
Nevada Gold Mines LLC

///

We consent to the above substitution.

DATED: July 17, 2020.

  /s/ Anthony L. Hall, Esq.
Anthony L. Hall

  /s/ Jeremy B. Clarke, Esq.
Jeremy B. Clarke

SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
775-785-0088

Pro hac vice admissions pending. Above substitution accepted.

DATED: July 17, 2020.

Raymond M. Deeny

Patrick R. Scully

SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, CO  80202
Telephone:  303-297-2900
Fax:  303- 298-0940

Please check one:  __X__RETAINED, or _____ APPOINTED BY THE COURT.

APPROVED:

DATED: this 21st day of July, 2020.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE