# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **VALERIE HARDY-MAHONEY, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board** | **Case Number 3:20-cv-00331-LRH-WGC** |
| **Petitioner** | **STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE CASE UNDER SECTION 10(j) OF THE NATIONAL LABOR RELATIONS ACT, AS AMENDED [29 U.S.C. SECTION 160(j)]** |
| v. | |
| **NEVADA GOLD MINES LLC DBA NEVADA GOLD MINES** | |
| **Respondent** | |
| and | **Hearing Date: August 26, 2020** |
| **NEWMONT USA LIMITED DBA NEWMONT MINING CORP** | **Hearing Time: 10:00am** |
| **Party-In-Interest** | |

Page 1

PLEASE TAKE NOTICE that Petitioner Valerie Hardy-Mahoney, Regional Director of Region 32 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board (Petitioner), Respondent Nevada Gold Mines LLC dba Nevada Gold Mines (Respondent), and the Charging Party International Union of Operating Engineers, Local 3, have entered into a National Labor Relations Board settlement agreement whereby Respondent has agreed to recognize and bargain with the Union, otherwise remedy the underlying unfair labor practice charges in Cases 32-CA-254059 and 32-CA-256917, and sign a stipulation dismissing the instant Petition for Temporary Injunction Under Section 10(j) of the National Labor Relations Act, as amended [29 U.S.C. § 151 et seq. (2012)] (the Act). Accordingly, Petitioner, Respondent, and Party-in-Interest Newmont USA Limited dba Newmont Mining Corp hereby file this Stipulation of Dismissal of the above-entitled proceeding pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, seeking voluntary dismissal without prejudice.

SO STIPULATED AND AGREED TO BY:

_8/11/20_ /s/ Coreen Kopper____
Date      Counsel for Petitioner

_8/11/20__ /s/ Patrick Scully_____
Date      Counsel for Respondent

_8/12/20__ /s/ Samuel N. Jackson__
Date      Counsel for Party-In-Interest

Page 2

The parties' Stipulation and Order to Dismiss Without Prejudice Case Under Section 160(j) of the Act is hereby granted.

      IT IS SO ORDERED:

      DATED this 13th day of August 2020.

      _____
      LARRY R. HICKS
      UNITED STATES DISTRICT JUDGE